FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2016 AUG 19 AM 9: 51

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) 4:14-cr-00418-LGW-GRS |
| | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| ZOE BEREKETIDOU | ) |

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal of Defendant **ZOE BEREKETIDOU** without prejudice.

SO ORDERED, this 19 day of August, 2016.

_____
HON. LISA GODBEY WOOD
CHIEF JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA